1044

No. 05–6824. BOULDEN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 05–6827. TINSLEY v. MILLION, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6830. DANIELS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 05–6835. GIBSON v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 05–6838. GEORGE v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6840. LAKE v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 05–6855. MCMURRAY v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–6856. PINELA PIZARRO v. COMMONWEALTH OF PUERTO RICO. C. A. 1st Cir. Certiorari denied.

No. 05–6896. THAMES v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 05–6931. ARCINIEGA MARTINEZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 05–6963. STAR v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 05–6974. ERICKSON v. WATKINS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–6992. COHEN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 05–7022. RHODES v. TRUE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 05–7030. KEKAHUNA v. HAWAII. Int. Ct. App. Haw. Certiorari denied.